```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL SEARLES,

                            Plaintiff,

        v.

FRANK POMPILIO and CITY OF BEACON,

                            Defendants.

02 Civ. 6567 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that:

        (1) A status conference will be held at **10:45 a.m. on August 6, 2009** at the United States Courthouse, 500 Pearl Street, New York, NY. In accordance with the Court's individual practices, principal trial counsel must appear at this and any other conference.

        (2) The parties shall submit a joint letter via facsimile no later than 5:00 p.m. on **August 3, 2009** describing the status of any settlement discussions.

Dated: New York, New York
       July 23, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge